SALEM AND PENNSGROVE TRACTION COMPANY, APPEL-
LANT, v. STATE BOARD OF TAXES AND ASSESSMENT
ET AL., RESPONDENTS.

Argued November 23, 1922—Decided February 2, 1923.

On appeal from the Supreme Court, whose opinion is re-
ported in 97 *N. J. L.* 386.

For the appellant, *John D. McMullen.*

For the respondents, *Thomas F. McCran,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Trenchard in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, PARKER, BLACK, KATZENBACH, WILLIAMS, GARD-
NER, VAN BUSKIRK, JJ.   9.

*For reversal*—None.